Michael Lewis #107555
Name

EDCF P.O. Box 311

El Dorado, Ks 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Michael Lewis, Plaintiff
(Full Name)

V.

Tommy Williams, Defendant(s)
Jennell L. Buchanan

CASE NO. 24-3045-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Michael Lewis (Plaintiff), is a citizen of Kansas (State) who presently resides at El Dorado Correctional Facility P.O. Box 311 (Mailing address or place of confinement.) El Dorado, Ks 67042.

2) Defendant Tommy Williams in his individual capacity (Name of first defendant) is a citizen of El Dorado Kansas (City, State), and is employed as Warden (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Mr. Williams is the Warden at El Dorado Correctional Facility, and was notified of this claim.

XE-2 8/82                 CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant **Jennell L. Buchanan** is a citizen of
   *(Name of second defendant)*
   in her individual capacity
   **El Dorado Kansas**, and is employed as
   *(City, state)*
   **Unit Team Manager**. At the time the
   *(Position and title, if any)*
   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   Mrs. Buchanan is directly involved with this claim because she was/is Employed as my UTM at the time of this claim.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____
   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On approximately March 9th 2023 I reported concern of sanitation in my cell due to bleeding from an open wound on my foot and the lack of Bleach/or Cleaning Supplies needed to keep my cell clean of Biohazardous Materials, and avoid further infection to my toes because of the lack of cleaning supplies. I exausted my Administrative remedies with further details and was denied cleaning supplies sufficent enough for 2 people living in 1 cell

                                                                                    2

XE-2 8/82                   CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>The Eighth Amendment supported by Gillis v. Litscher, 468 F.3d 488, 493 (7th Cir. 2006), and Ambrose v. Young, 474 F.3d 1070 (8th Cir. 2007)</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

I informed Defendants of my open wound, and inadequate amount of cleaning supplies to maintain enough sanitation to avoid infection to my Toe. I asked CCIII J. Buchanan to provide me with Cleaning supplies to which she ignored my pleas, and I wrote a letter to Warden T. Williams which never got a reply.

B) (1) Count II: _____

_____

(2) Supporting Facts: _____

_____

_____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$1,000.00 for the rights violation, and request the Judiciary Officer require defendants to provide Sanitation/Cleaning Supplies more than 1 time a week, and more than 6 oz. of Bleach for 2 people in a cell in Segregation/RHU (Restrictive Housing Unit)

_____     _____
Signature of Attorney (if any)          Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983